+UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEBA ALOUSSI,

          Plaintiff,          Case No. 2:25-cv-10049

v.          Honorable Susan K. DeClercq
          United States District Judge

LEVEL UP VENTURES, LLC,

          Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES (ECF NO. 21) AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF NO. 25)**

The cutoff for fact discovery in this employment discrimination case was scheduled for August 1, 2025. ECF No. 12. However, despite reasonable efforts, Plaintiff has been unable to depose three key witnesses within that time. So Plaintiff asks that fact discovery be extended for 60 days to allow the scheduling and completion of these depositions. ECF No. 21. Additionally, Plaintiff seeks additional responses to discovery requests she sent to Defendant in February and July of 2025. ECF No. 25. Defendant contends that the information it has already produced to Plaintiff is sufficient and that fact discovery should not be extended. ECF No. 23.

Defendant filed a brief in response to Plaintiff's motion to extend discovery, but due to the way in which Plaintiff styled her motion to compel, it was unclear whether a response was required to the motion to compel. ECF No. 23. This Court

held a status conference on August 12, 2025, to discuss the discovery dispute, and later issued a text-only order allowing Defendant additional time to informally respond to the substance of Plaintiff's motion to compel and scheduling another status conference.

The follow-up status conference was held on August 21, 2025, with attorneys from both parties appearing.  As discussed at that conference:

It is **ORDERED** that Plaintiff's motion to extend discovery deadlines, ECF No. 21, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's motion to compel discovery, ECF No. 25, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. It is **ORDERED** that Defendant has **until September 30, 2025,** to produce its state and federal tax returns for tax years 2023-2024 in response to Plaintiff's document request numbers 2 and 14.

2. It is **ORDERED** that the attorneys for both parties must meet and agree upon a search protocol that Defendant will execute in order to respond to Plaintiff's document request number 3. Specifically, they must determine custodians to be searched, search terms to be used, and communication systems to be searched.  Defendant must execute the agreed-upon search and produce its results to Plaintiff by **September 30, 2025**.

- 3 -

Finally, it is **ORDERED** that the scheduling order entered on March 4, 2025, ECF No. 12, is amended as follows:

| Event | New Date |
|---|---|
| Fact Discovery Cut-off | September 30, 2025 |
| Settlement Conference to be completed by | October 17, 2025 |
| Status Conference via Zoom | October 21, 2025 at 3:00 p.m. |

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 26, 2025